NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: STEVEN C. CHUDIK,
*Appellant*

---

2016-2171

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/529,185.

---

## JUDGMENT

---

ERIC RYAN WALTMIRE, Erickson Law Group, PC, Wheaton, IL, argued for appellant. Also represented by GREGORY B. BEGGS, Law Offices of Gregory B. Beggs, Downers Grove, IL.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for Appellee Michelle K. Lee. Also represented by COKE MORGAN STEWART, MEREDITH HOPE SCHOENFELD, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 20, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |